United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

**CHARLES E. ADAMS, ET AL.,**

    Plaintiffs,

                        CASE NUMBER: 1:18-cv-1179-JDB-egb

v.

**ADIENT US LLC, ET AL.,**

    Defendants.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 4/11/2019, the Plaintiffs' motion to remand is GRANTED and this case is hereby REMANDED to the Circuit Court of Henderson County, Tennessee for the Twenty-Sixth Judicial District.

**APPROVED:**

                                                        <u>s/J. Daniel Breen</u>
                                                        **United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**